UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROBERT CHAMBERS, | ) | |
| Plaintiff, | ) | NO.  CV-08-0074-LRS |
| | ) | |
| -vs- | ) | ORDER OF DISMISSAL |
| | ) | |
| CITY OF SPOKANE, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   Pursuant to the parties stipulated "Voluntary Motion and Order of Dismissal, **Ct. Rec. 12**, filed on August 7, 2008, which is hereby **GRANTED**,

   **IT IS ORDERED** that the above-titled case be dismissed with prejudice pursuant to the stipulation of dismissal and the file be **CLOSED** in this matter.

   The District Court Executive is directed to file this Order and provide copies to counsel.

   **DATED** this 18th day of August, 2008.


                                    *s/Lonny R. Suko*
                         _____
                                  LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE


ORDER OF DISMISSAL